RECEIVED

MAILROOM

APR 27 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Nehemiah Dorsey )
~~Nehemiah Dorsey~~ )
175683, 9B-22 )
1435 North courthouse ) road
Arlington, VA 22201 )

(Enter your full name, prison number
and address)

v.

City and county of Arlington virginia )
Arlington county Police Department (officers K.Muirooney and Det.Gillmore)
Jose Quiroz, Director of Arlington county Detention )
)

(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Emergency filing

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis.* To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $400.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court <u>must</u> access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

    (1)    the average monthly deposits to your prison account, or
    (2)    the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

### I.    SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

### II.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)    No ( )

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (✓)

C.    If your answers to A or B is Yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit.

Plaintiffs: Nehemiah Dorsey

Defendants: City and county of Arlington Virginia, officers K. Mulrooney and Det. Gillmore of Arlington county Police Department

2.    Court (If federal court, please name the district; if state court name the county.) Walter E. Hoffman United States courthouse

3.    Docket number: 2:23-CV-00300

4.    Name of judge to whom case was assigned: ~~[illegible]~~ Judge Davis

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending

6. Approximate date of filing lawsuit: 3/27/26 or 3/31/26

7. Approximate date of disposition: Pending

## III. PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in this institution? Yes ( ✓ )    No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ✓ )    No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? I wrote 15 Grievances, nobody has done anything and everyone is ignoring what I am saying

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes ( ✓ )    No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) No responses

4. What happened as a result of your complaint? Nothing, I am suing because this has caused major injury to me and my life

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( )    No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _____

2.     Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes (√)     No ( )

3.     What, if any response did you receive? (Furnish copy of response, if in writing.)

_____

4.     What happened as a result of your complaint?   Nothing

_____

_____

## IV.   PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.     Name of Plaintiff: Nehemiah Dorsey, 175083, 9B-22
     Address: 1435 North courthouse road, Arlington, VA 22201

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.     Defendant: Officer K. Mulrooney
Arlington county police Department
Address: 1425 N courthouse road, Arlington, VA 22201

Defendant: Det. Gillmore
Arlington county police Department
Address: 1425 N. courthouse road, Arlington, VA 22201

Defendant: City and county of Arlington virginia
(I am not sure, if the county attorney or the AG of VA
represents them) The commonwealth attorney for Arlington is pansa tufti
Address: _____

Defendant: Jose Quiroz, sheriff, Arlington county detention
center
Address: 1435 N. courthouse road
Arlington, VA 22201

## V.    STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.
Include the names of other persons involved, dates, and places.  If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph.  Attach extra sheets, if
necessary.

The officers and other staff has violated my constitutional rights that it has become shocking. officer K. Mulrooney and Det. Gillmore is liable for false arrest because they made intentional and reckless misrepresentations in her warrant affidavit. K. Mulrooney and Det. Gillmore knowingly and intentionally submitted an compliant for an arrest warrant that contains false and misleading information in order to manipulate the magistrate Judge into issuing the warrant. Once false Statements are excercised from the warrant affidavit, it did not support Probable cause for the offense. ~~xxxxxxxxxxxxxxx~~ The officers also took my property without a warrant, both in violations of my 4rth Amendment and i have been subjected to cruel and unusual Punishment. The facts are attached to this on the next Page.

## VI.    RELIEF

State briefly exactly what you want the Court to do for you. the conclusion of the Statement of -More is explained in claim

an order confirming officer K. Mulrooney is liable for an 4th Amendment violation due to swearing false information and deliberate or reckless misrepresentations in the warrant affidavit. An order confirming that Det. Gillmore is liable for a 4th Amendment violation of his use of intentionally or recklessly false material misstatements and omissions to obtain the arrest warrant. Both officers are in violation under the 4th Amendment for my right to be free from seizure without Probable cause. An order confirming that the city failed to adopt any policy, to train and to supervise the defendant officers regarding (A) knowing when an ID is real or fake or knowing that the name you give in getting your Id must match and align with the social security Admin, (B) the fourth Amendment requirement that both the arrest and the Intial NCIC record describe the person with particularity and that before Property is taken you suppose to have an warrant and (C) the procedures for and the necessity of amending the NCIC record etc.

Signed this 16th day of April , 2026 .

Nehemiah Dorsey
_____    _____
                           (Signature of Plaintiff)


I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
4/16/26                    (Signature of Plaintiff)
(Date)


n:\Forms\42 USC 1983